Doc#: 16422 Bk:33936 Pg: 226

## ASSIGNMENT OF MORTGAGE

Regarding this instrument, contact Fay Servicing, LLC., 440 S. LaSalle Street, 20th Floor, Chicago, IL 60605, which is responsible for receiving payments.
FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR KEYBANK NATIONAL ASSOCIATION, ITS SUCCESSORS AND ASSIGNS, WHOSE ADDRESS IS, ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026) by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to FEDERAL NATIONAL MORTGAGE ASSOCIATION, WHOSE ADDRESS IS 14221 DALLAS PARKWAY, SUITE 100, DALLAS, TX 75254, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Mortgage is dated 06/22/2007, made by **MARY ELLEN A. HOPKINS HTTA MARY ELLEN HOPKINS** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR KEYBANK NATIONAL ASSOCIATION, ITS SUCCESSORS AND ASSIGNS** and recorded on 07/02/2007 in **Book 25249, Page 295 and Doc # 39790**, in the office of the Recorder of **CUMBERLAND** County, **Maine**. Re-Record: 07/27/2007 BK: 25329 PG: 1 INST: 45665

IN WITNESS WHEREOF, this assignment was executed on 03/24/2017 (MM/DD/YYYY).
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR KEYBANK NATIONAL ASSOCIATION, ITS SUCCESSORS AND ASSIGNS

By: _____
REGINA MCANINCH
ASSISTANT SECRETARY

STATE OF **TEXAS** COUNTY OF **Dallas**
The foregoing instrument was acknowledged before me on 03/24/2017 (MM/DD/YYYY), by **REGINA MCANINCH** as **ASSISTANT SECRETARY** of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR KEYBANK NATIONAL ASSOCIATION, ITS SUCCESSORS AND ASSIGNS, who, as such **REGINA MCANINCH** being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
KARIN ZIEMBIEC
Notary Public - State of **TEXAS**
Commission expires: 2/23/2020

Karin Ziembiec
Notary ID:130551614
My Commission Expires:
February 23, 2020

Instrument Prepared By: E.Lance/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152
When Recorded Return To: Neuberger Berman Investment Advisers, LLC, C/O Nationwide Title Clearing, Inc. 2100 Alt. 19 North, Palm Harbor, FL 34683

Received
Recorded Register of Deeds
Apr 11,2017 12:08:43P
Cumberland County
Nancy A. Lane

**EXHIBIT E**