# DOONAN, GRAVES & LONGORIA, LLC
## ATTORNEYS AT LAW

*Serving Massachusetts, Maine & New Hampshire*
*Hours: Monday - Friday 9 am - 4 pm*
*www.dgandl.com*

100 Cummings Center, Suite 303C
Beverly, Massachusetts 01915
TEL: (978) 921-2670
FAX: (978) 921-4870

March 25, 2022

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Mary Ellen A. Hopkins, htta Mary Ellen Hopkins
17 Fairfield Road
Scarborough, ME 04074

**Certified Article Number**
9414 7266 9904 2184 8377 12
**SENDER'S RECORD**

Mary Ellen A. Hopkins, htta Mary Ellen Hopkins
63 Dana Court
Westbrook, ME 04092

**Certified Article Number**
9414 7266 9904 2184 8377 05
**SENDER'S RECORD**

## NOTICE OF MORTGAGOR'S RIGHT TO CURE
## THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Re: Property Address: 17 Fairfield Road, Scarborough, ME 04074
    Loan Number:
    Payment Due Date: January 1, 2015

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Nationstar Mortgage LLC d/b/a Mr. Cooper, the Mortgagee, Federal National Mortgage Association and the Owner/Investor, Federal National Mortgage Association pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

Your loan is in default for failure to make payments of principal and interest when due. This delinquency represents a breach of your Note and Mortgage in favor of Mortgage Electronic Registration Systems, Inc. as nominee for KeyBank National Association its successors and assigns (if MERs) dated June 22, 2007 and recorded in the Cumberland County Registry of Deeds in Book 25249, Page 295 and rerecorded in Book 25329, Page 1. This firm is relying on information provided by the Servicer. **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**


EXHIBIT 1

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

Amount of Past Due Payments     $98,749.35

**TOTAL TO CURE DEFAULT:**     $98,749.35

A portion of the amount due is reasonable interest in the amount of $74,893.71.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of **$98,749.35** in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to: **Nationstar Mortgage LLC d/b/a Mr. Cooper, Payment Processing, 8950 Cypress Waters Boulevard, Coppell, TX 75019. Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan. Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale. To reach a person with authority to modify a mortgage loan, please contact Nationstar Mortgage LLC d/b/a Mr. Cooper at (888) 480-2432 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required. You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure. You may discuss available options with the mortgagee, which is Federal National Mortgage Association, the mortgage servicer, which is Nationstar Mortgage LLC d/b/a Mr. Cooper or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Federal National Mortgage Association is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached.

The attached list is integrated as if set forth in full. You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

    To reach people having authority to modify your mortgage loan, please contact Nationstar Mortgage LLC d/b/a Mr. Cooper at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Nationstar Mortgage LLC d/b/a Mr. Cooper
Loan Resolution Department
8950 Cypress Waters Boulevard
Coppell, TX 75019
(888) 480-2432

**NOTICE OF IMPORTANT RIGHTS**

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

    Very truly yours,
    Nationstar Mortgage LLC d/b/a Mr. Cooper
    Federal National Mortgage Association
    Federal National Mortgage Association
    by its attorney

    Reneau J. Longoria, Esq.

MNK
cc: Client
    Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

53613

This listing is current as of **01/23/2022**.

## Agencies located in MAINE

**Agency Name:** PENQUIS COMMUNITY ACTION PROGRAM
**Phone:** 207-973-3500
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 262 Harlow St
Bangor, Maine 04401-4952
**Counseling Services:**
- Financial, Budgeting, and Credit Workshops
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:**
- English

**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.penquis.org
**Agency ID:** 81649

**Agency Name:** MIDCOAST MAINE COMMUNITY ACTION
**Phone:** 207-442-7963
**Toll Free:** 800-221-2221
**Fax:** 207-442-0122
**Email:** info@mmcacorp.org
**Address:** 34 Wing Farm Pkwy
Bath, Maine 04530-1515
**Counseling Services:**
- Rental Housing Workshops
- Services for Homeless Counseling

**Languages:**
- English
- Spanish

**Affiliation:**
**Website:** http://midcoastmainecommunityaction.org
**Agency ID:** 80502

**Agency Name:** COASTAL ENTERPRISES, INCORPORATED
**Phone:** 207-504-5900
**Toll Free:** 877-340-2649
**Fax:**
**Email:** jason.thomas@ceimaine.org
**Address:** 30 Federal Street
Suite 100
BRUNSWICK, Maine 04011-1510
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Reverse Mortgage Counseling
- Services for Homeless Counseling

**Languages:**
- English
- Spanish

**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.ceimaine.org
**Agency ID:** 80985

**Agency Name:** FOUR DIRECTIONS DEVELOPMENT CORPORATION
**Phone:** 207-866-6545
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 20 Godfrey Dr
Orono, Maine 04473-3610
**Counseling Services:**
- Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops
- Home Improvement and Rehabilitation Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:**
- English

**Affiliation:** OWEESTA CORPORATION
**Website:** http://www.fourdirectionsmaine.org
**Agency ID:** 83879

**Agency Name:** AVESTA HOUSING DEVELOPMENT CORPORATION
**Phone:** 207-553-7780-3347
**Toll Free:** 800-339-6516
**Fax:** 207-553-7778
**Email:** ndigeronimo@avestahousing.org
**Address:** 307 Cumberland Avenue
PORTLAND, Maine 04101-4920
**Counseling Services:**
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
- Rental Housing Workshops

**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** www.avestahousing.org
**Agency ID:** 81144

---

**Agency Name:** AROOSTOOK COUNTY ACTION PROGRAM, INC.
**Phone:** 207-764-3721
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 771 Main St
Presque Isle, Maine 04769-2201
**Counseling Services:**
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://www.acap-me.org
**Agency ID:** 83641

---

**Agency Name:** YORK COUNTY COMMUNITY ACTION AGENCY
**Phone:** 207-459-2903
**Toll Free:**
**Fax:** 207-490-5026
**Email:** mesha.quinn@yccac.org
**Address:** 6 Spruce Street
SANFORD, Maine 04073-2917
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Services for Homeless Counseling

**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.yccac.org
**Agency ID:** 81150

---

**Agency Name:** COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
**Phone:** 207-333-6419
**Toll Free:**
**Fax:** 207-795-4069
**Email:** homequest@community-concepts.org
**Address:** 17 Market Sq
South Paris, Maine 04281-1533
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling

**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** https://www.ccimaine.org/
**Agency ID:** 81580

---

**Agency Name:** KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
**Phone:** 800-542-8227
**Toll Free:**
**Fax:**
**Email:** info@kvcap.org
**Address:** 101 Water St
Waterville, Maine 04901-6339

**Counseling Services:** - Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.kvcap.org
**Agency ID:** 81685

**DOONAN, GRAVES & LONGORIA, LLC**
ATTORNEYS AT LAW

100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

Mary Ellen A. Hopkins, htta Mary Ellen Hopkins
63 Dana Court
Westbrook, ME 04092

9434 7266 9904 2184 8377 05

CERTIFIED MAIL

FIRST-CLASS

ZIP 01915
02 7H
0001338074

US POSTAGE $007.53
MAR 25 2022
PITNEY BOWES

---

**DOONAN, GRAVES & LONGORIA, LLC**
ATTORNEYS AT LAW

100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

Mary Ellen A. Hopkins, htta Mary Ellen Hopkins
63 Dana Court
Westbrook, ME 04092

FIRST-CLASS

ZIP 01915
02 7H
0001338074

US POSTAGE $000.73
MAR 25 2022
PITNEY BOWES

**DOONAN, GRAVES & LO**
ATTORNEYS AT LAW

100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915



Mary Ellen A. Hopkins, htta Mary Ellen
Hopkins
17 Fairfield Road
Scarborough, ME 04074

9414 7266 9904 2184 8377 12

CERTIFIED MAIL

FIRST-CLASS



ZIP 01915
02 7H
0001338074

US POSTAGE ™ PITNEY BOWES

$ 007.53⁰
MAR 25 2022

---

**DOONAN, GRAVES & LONGORIA**, LLC
ATTORNEYS AT LAW

100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

Mary Ellen A. Hopkins, htta Mary Ellen
Hopkins
17 Fairfield Road
Scarborough, ME 04074

FIRST-CLASS



ZIP 01915
02 7H
0001338074



US POSTAGE ™ PITNEY BOWES

$ 000.73⁰
MAR 25 2022



**UNITED STATES POSTAL SERVICE®** — **Certificate Of Mailing**

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: Doonan, Graves & Longoria, LLC
100 Cummings Center Ste 303C
Beverly, MA 01915

To: Mary Ellen A. Hopkins, htta Mary Ellen Hopkins
17 Fairfield Road
Scarborough, ME 04074

Postmark Here — BEVERLY MA 01915 — MAR 25 2022 — USPS

PS Form **3817**, April 2007  PSN 7530-02-000-9065

---



**UNITED STATES POSTAL SERVICE®** — **Certificate Of Mailing**

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: Doonan, Graves, & Longoria, LLC
100 Cummings Center Ste 303C
Beverly, MA 01915

To: Mary Ellen A. Hopkins, htta Mary Ellen Hopkins
63 Dana Court
Westbrook, ME 04092

Postmark Here — BEVERLY MA 01915 — MAR 25 2022 — USPS

PS Form 3817, April 2007  PSN 7530-02-000-9065



U.S. POSTAGE PAID
BEVERLY, MA
01915
MAR 25, 22
AMOUNT
**$1.65**
R2305K136607-2

0000



U.S. POSTAGE PAID
BEVERLY, MA
01915
MAR 25, 22
AMOUNT
**$1.65**
R2305K136607-2

0000



# UNITED STATES POSTAL SERVICE.

CUMMINGS CENTER
100 CUMMINGS CTR STE 108F
BEVERLY, MA 01915-9993
(800)275-8777

03/25/2022                          01:01 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| CTOM - Individual - Domestic | 1 | | $1.65 |
| CTOM - Individual - Domestic | 1 | | $1.65 |
| CTOM - Individual - Domestic | 1 | | $1.65 |
| CTOM - Individual - Domestic | 1 | | $1.65 |

Grand Total:                          $6.60

Credit Card Remitted                  $6.60
    Card Name: AMEX
    Account #: XXXXXXXXXXXX6002
    Approval #: 840687
    Transaction #: 155
    AID: A000000025010801        Chip
    AL: AMERICAN EXPRESS
    PIN: Not Required

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Every household in the U.S. is now
eligible to receive a second set
of 4 free test kits.
Go to www.covidtests.gov
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

UFN: 242138-0914
Receipt #: 840-50180254-2-3773270-2
Clerk: 2

# Haley Carter

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Friday, March 25, 2022 1:33 PM |
| **To:** | Haley Carter |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria LLC Owner of the mortgage:Federal National Mortgage Association What term best describes the owner of the mortgage?:Federally Chartered bank or Credit Union Filer's Email Address:hcarter@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Nationstar Mortgage LLC d/b/a Mr. Cooper Loan Resolution Department
8950 Cypress Waters Boulevard
Coppell, TX 75019
(888) 480-2432


-----

Consumer Information

-----

Consumer First name:Mary Ellen
Consumer Middle Initial/Middle Name: A
Consumer Last name:Hopkins
Consumer Suffix:
Property Address line 1:17 Fairfield Road Property Address line 2:
Property Address line 3:
Property Address City/Town:Scarborough
Property Address State:
Property Address zip code:04074
Property Address County:Cumberland

-----

Notification Details

-----

Date notice was mailed:3/25/2022
Amount needed to cure the default:98,749.35 Consumer Address line 1:63 Dana Court Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Westbrook
Consumer Address State:ME
Consumer Address zip code:04092
CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

# Haley Carter

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Friday, March 25, 2022 1:32 PM |
| **To:** | Haley Carter |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria LLC Owner of the mortgage:Federal National Mortgage Association What term best describes the owner of the mortgage?:Federally Chartered bank or Credit Union Filer's Email Address:hcarter@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Nationstar Mortgage LLC d/b/a Mr. Cooper Loan Resolution Department

8950 Cypress Waters Boulevard

Coppell, TX 75019

(888) 480-2432


-----

Consumer Information

-----

Consumer First name:Mary Ellen
Consumer Middle Initial/Middle Name: A
Consumer Last name:Hopkins
Consumer Suffix:
Property Address line 1:17 Fairfield Road Property Address line 2:
Property Address line 3:
Property Address City/Town:Scarborough
Property Address State:
Property Address zip code:04074
Property Address County:Cumberland

-----

Notification Details

-----

Date notice was mailed:3/25/2022
Amount needed to cure the default:98,749.35 Consumer Address line 1:17 Fairfield Road Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Scarborough
Consumer Address State:ME
Consumer Address zip code:04074

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.