UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Docket No. 2:22-cv-00154-JAW<br>) |
| MARY ELLEN A. HOPKINS, | )<br>) |
| Defendant. | )<br>) |

**ORDER REFERRING MATTER FOR MEDIATION
IN THE MAINE FORECLOSURE DIVERSION PROGRAM**

A foreclosure action has been filed in this Court against the above-named Defendant. The Court, on its own motion, has determined that this case should be referred to the Maine Foreclosure Diversion Program pursuant to 14 M.R.S. § 6321(6). The Plaintiff is directed to submit a copy of this Order, the foreclosure mediation filing fee, and the contact information for all parties, to the appropriate state court clerk.

The parties shall file a status report in this Court every forty-five days while mediation in the Foreclosure Diversion Program remains ongoing; this case is otherwise **STAYED** until the parties notify the Court of the outcome of the mediation.

SO ORDERED.

                                                            /s/ John A. Woodcock, Jr.
                                                            United States District Judge

Dated this 6th day of July, 2022.